UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shonna Counter<br><br>        Plaintiff,<br><br>        v.<br><br>Siu Cheng Fu, et al .<br><br>        Defendants. | Case No.  2:19-cv-01036-AB-RAOx<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 28, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE